ORUS FIELD, SYLVIA C. LARNED (EXECUTRIX, ETC., OF CHARLES LARNED), FRANKLIN SAWYER, JR. (EXECUTOR, ETC., OF HANNIBAL WRIGHT), AND EMILY WILLIAMS (EXECUTRIX, ETC., OF WILLIAM S. WILLIAMS) *versus* AI BEARD.

JOURNAL ENTRIES (1835): *Journal 5:* (1) [Entry incomplete] *p. 66; (2) motion for rule to make return to certiorari *p. 80; (3) motion for rule to join in error *p. 83; (4) discontinued* p. 90.

PAPERS IN FILE: (1) Affidavit for certiorari, allocatur; (2) bond in certiorari; (3) writ of certiorari and return; (4) assignment of errors; (5) stipulation for discontinuance.
*1824–36 Calendar*, MS p. 235.